IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TOWN OF LAC DU FLAMBEAU

      Plaintiff,

  v.                                Case No.  3:23-cv-582

U.S. DEPARTMENT OF THE INTERIOR
and BUREAU OF INDIAN AFFAIRS,

      Defendants.

---

**JOINT STIPULATED NON-DISPOSITIVE MOTION FOR EXTENSION
OF TIME TO FILE DISPOSITIVE MOTIONS**

---

Plaintiff, Town of Lac du Flambeau ("Plaintiff"), and Defendants, U.S. Department of the Interior and Bureau of Indian Affairs ("Defendants") hereby stipulate and agree to extend the time periods relating to filing dispositive motions.  In support of this stipulated motion, the Parties state the following:

1.    The Court set the deadline to file dispositive motions as March 29, 2024, with 21/10 response/reply briefing.  (Dkt. 9)

2.    The Parties jointly request an extension of thirty-five (35) days in which to file dispositive motions making the deadline May 3, 2024, with response briefs due May 24, 2024 (21 days later) and reply briefs due June 3, 2024 (10 days later).

3.    The requested extensions will not interfere with any case deadlines.

4.    This stipulated motion is not made solely for the purpose of delay.

1

WHEREFORE, the Parties respectfully request that the Court grant their request to extend the deadline to file dispositive motions to May 3, 2024, with response briefs due May 24, 2024 and reply briefs due June 3, 2024.

Dated: March 19, 2024

*Respectfully submitted:*

/s/Frank W. Kowalkowski
FRANK W. KOWALKOWSKI
300 N. Broadway, Suite 2B
Green Bay, Wisconsin 54303
T: (920) 713-7800
F: (920) 232-4897
E: frank.kowalkowski@vonbriesen.com

*Attorneys for Plaintiff Town of Lac du Flambeau*

TIMOTHY M. O'SHEA
United States Attorney

By: /s/Albert Bianchi, Jr.
ALBERT BIANCHI, JR.
Assistant United States Attorney
222 West Washington Ave., Suite 700
Madison, Wisconsin 53703
Telephone: (608) 264-5158
Facsimile: (608) 264-5724
Albert.Bianchi@usdoj.gov

*Attorneys for United States Department of Interior and Bureau of Indian Affairs*

Of Counsel:
Teresa Garrity
United States Department of the Interior
Office of the Solicitor