IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TOWN OF LAC DU FLAMBEAU

          Plaintiff,

    v.                                 Case No. 3:23-cv-582

U.S. DEPARTMENT OF THE INTERIOR
and BUREAU OF INDIAN AFFAIRS,

          Defendants.

**JOINT STIPULATED NON-DISPOSITIVE MOTION FOR EXTENSION
OF TIME TO FILE DISPOSITIVE MOTIONS**

Plaintiff Town of Lac du Flambeau and Defendants U.S. Department of the Interior and Bureau of Indian Affairs (together, the "Parties") hereby stipulate and agree to extend the deadline to file dispositive motions. In support of this stipulated motion, the Parties state the following:

1. On November 2, 2023, the Court entered an order directing that dispositive motions be filed no later than March 29, 2024, with responses due 21 days thereafter, and replies due an additional 10 days thereafter. ECF No. 9.

2. On March 20, 2024, the Court granted the Parties' first joint motion for an extension of time to file dispositive motions, and thus ordered that dispositive motions be filed no later than May 3, 2024, with responses due on May 24, 2024, and replies due on June 3, 2024. ECF No. 12.

3. On April 30, 2024, the Court granted the Parties' second joint motion for an extension of time to file dispositive motions, and thus ordered that dispositive motions be filed no later than May 17, 2024, with responses due on June 7, 2024, and replies due on June 17, 2024. ECF No. 14.

4. Because the Parties have reached a tentative agreement to settle this matter and are currently finalizing the details of the settlement, the Parties jointly request a final extension of fourteen (14) days to file dispositive motions.

5. As such, the Parties jointly request that the dates for dispositive motions be scheduled as follows:

    a. Dispositive Motions Due: May 31, 2024

    b. Response Briefs Due: June 21, 2024

    c. Reply Briefs due: July 1, 2024

6. The requested extensions will not interfere with any case deadlines.

7. This stipulated motion is not made solely for the purpose of delay.

**WHEREFORE**, the Parties respectfully request that the Court grant their request to extend the deadline to file dispositive motions to May 31, 2024, with response briefs due June 21, 2024, and reply briefs due July 1, 2024.

[Signature Page Follows]

Dated: May 15, 2024

*Respectfully submitted:*

/s/ *Frank W. Kowalkowski*
FRANK W. KOWALKOWSKI
300 N. Broadway, Suite 2B
Green Bay, Wisconsin 54303
T: (920) 713-7800
F: (920) 232-4897
E: frank.kowalkowski@vonbriesen.com

*Attorneys for Plaintiff Town of Lac du Flambeau*

TIMOTHY M. O'SHEA
United States Attorney

By: /s/ *Albert Bianchi, Jr.*
ALBERT BIANCHI, JR.
Assistant United States Attorney
222 West Washington Ave., Suite 700
Madison, Wisconsin 53703
Telephone: (608) 264-5158
Facsimile: (608) 264-5724
Albert.Bianchi@usdoj.gov

*Attorneys for United States Department of Interior and Bureau of Indian Affairs*

Of Counsel:
Teresa Garrity
United States Department of the Interior
Office of the Solicitor