IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TOWN OF LAC DU FLAMBEAU

          Plaintiff,

  v.

U.S. DEPARTMENT OF THE INTERIOR
and BUREAU OF INDIAN AFFAIRS,

          Defendants.

Case No. 3:23-cv-582

**STIPULATION OF DISMISSAL**

      Plaintiff Town of Lac du Flambeau and Defendants U.S. Department of the Interior and Bureau of Indian Affairs (together, the "Parties") hereby stipulate as follows:

      1.    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties stipulate to the dismissal of this action with prejudice and with each party to bear its own fees and costs.

[Signature Page to Follow]

Dated: May 30, 2024

*Respectfully submitted:*

/s/ *Frank W. Kowalkowski*
FRANK W. KOWALKOWSKI
300 N. Broadway, Suite 2B
Green Bay, Wisconsin 54303
T: (920) 713-7800
F: (920) 232-4897
E: frank.kowalkowski@vonbriesen.com

*Attorneys for Plaintiff Town of Lac du Flambeau*

TIMOTHY M. O'SHEA
United States Attorney

By: /s/ *Albert Bianchi, Jr.*
ALBERT BIANCHI, JR.
Assistant United States Attorney
222 West Washington Ave., Suite 700
Madison, Wisconsin 53703
Telephone: (608) 264-5158
Facsimile: (608) 264-5724
Albert.Bianchi@usdoj.gov

*Attorneys for Defendants United States Department of Interior and Bureau of Indian Affairs*

Of Counsel:
Teresa Garrity
United States Department of the Interior
Office of the Solicitor